AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08-cv-03819-PAC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

All Defendants.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/15/2008 | *[signature]* |
| Date | Signature |
| | Laura R. Handman — 5353 |
| | Print Name / Bar Number |
| | Davis Wright Tremaine LLP |
| | 1919 Pennsylvania Avenue, NW, Suite 200 |
| | Address |
| | Washington, DC, 20006-3402 |
| | City / State / Zip Code |
| | (202) 973-4200 / (202) 973-4499 |
| | Phone Number / Fax Number |