## CERTIFICATE OF SERVICE

I, David Shapiro, hereby certify that on May 15, 2008, true and correct copies of the foregoing Notice of Appearance of Laura R. Handman were served via first class mail, postage prepaid, upon:

> J.K. Idema
> 12 Jonathan Lane
> Poughkeepsie, NY 12603
>
> John Edwards Tiffany, Esq.
> Law Offices of John E. Tiffany P.C.
> The Robert Treat Center
> 50 Park Place, 10th Floor
> Newark, NJ 07102
>
> Thomas R. Bumback
> P.O. Box 691
> Fayetteville, NC 28302

_____
David M. Shapiro