UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPEC OPS EXPO;<br>SPEC-OPS EXPO; SPEC OPS;<br>SPECIAL OPERATIONS EXPO;<br>SPECIAL OPERATIONS EXPOSITION<br>AND TRADE SHOW, INC.;<br>SPECIAL OPERATIONS EXPOSITION<br>& CONFERENCE;<br>THOMAS BUMBACK; and J.K. IDEMA,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>REED ELSEVIER, INC.; REED<br>EXHIBITIONS; REED EXHIBITIONS,<br>A DIVISION OF REED<br>ELSEVIER, INC.; REED EXHIBITIONS<br>A DIVISION OF REED BUSINESS;<br>REED EXHIBITIONS USA; REED<br>BUSINESS; REED BUSINESS<br>INFORMATION;<br>REED BUSINESS INFORMATION INC.;<br>REED BUSINESS INFORMATION PLC;<br>Both jointly and severely,<br>    *Defendants*. | Case No. 08-CV-3819-PAC |

## RULE 7.1 DISCLOSURE STATEMENT

Reed Elsevier Inc. discloses that it is a private company, the shares of which are controlled by Reed Elsevier PLC, which is traded on the London stock exchange, and Reed Elsevier NV, which is traded on the Euronext (Amsterdam) stock exchange. Both parent companies have ADRs traded on the New York Stock Exchange. The parties listed in the caption as Plaintiffs other than Reed Elsevier Inc. are not corporations or are non-existent entities.

DATED:  May 21, 2008

        Respectfully submitted,

        _____
        Laura R. Handman (LRH-5353)
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Ave., NW Suite 200
        Washington, DC 20006
        Phone: 202 973-4224
        Fax: 202 973-4499
        Email: laurahandman@dwt.com

## **CERTIFICATE OF SERVICE**

I, David Shapiro, hereby certify that on May 21, 2008, true and correct copies of the foregoing Disclosure Statement were served via first class mail, postage prepaid, upon:

>J.K. Idema
>12 Jonathan Lane
>Poughkeepsie, NY 12603
>
>John Edwards Tiffany, Esq.
>Law Offices of John E. Tiffany P.C.
>The Robert Treat Center
>50 Park Place, 10th Floor
>Newark, NJ 07102
>
>Thomas R. Bumback
>P.O. Box 691
>Fayetteville, NC 28302

_____
David M. Shapiro