UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Spec Ops Expo, et al.,

                Plaintiff,

    -against-

Reed Elsevier, Inc., et al.,

                Defendant.
------------------------------------------------------------x

1:08 CIVIL 03819 ( PAC )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Laura Rose Handman___

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        LRH 5353

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* Davis Wright Tremaine LLP, 1919 Pennsylvania Ave., NW ~~Suite 200, Washington, D.C. 20006-3402~~

[X] *Telephone Number:* 202-973-4224

[X] *Fax Number:* 202-973-4499

[ ] *E-Mail Address:* laurahandman@dwt.com

Dated: May 28, 2008

## **CERTIFICATE OF SERVICE**

I, David Shapiro, hereby certify that on May 29, 2008, true and correct copies of the foregoing Notice of Change of Address were served via first class mail, postage prepaid, upon:

J.K. Idema
12 Jonathan Lane
Poughkeepsie, NY 12603

John Edwards Tiffany, Esq.
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor
Newark, NJ 07102

Thomas R. Bumback
P.O. Box 691
Fayetteville, NC 28302

_____
David M. Shapiro