LAWYERS

# Davis Wright Tremaine LLP

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

LAURA R. HANDMAN
Direct (202) 973-4224
laurahandman@dwt.com

SUITE 200
1919 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-3402

TEL (202) 973-4200
FAX (202) 973-4499
www.dwt.com

June 16, 2008

**VIA E-MAIL**

The Honorable Paul A. Crotty, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 6 2008

**MEMO ENDORSED**

Re:  *Spec Ops Expo v. Reed Elsevier, Inc* – No. 08-CV-3819 –
     **Request to Reschedule Pre-Motion Conference**

Dear Judge Crotty:

I am writing to request an adjournment of the pre-motion conference, currently scheduled for Wednesday, June 18, 2008 at 2:20 p.m. The funeral and memorial service of a friend, Tim Russert, who died unexpectedly on Friday, are scheduled for Wednesday in Washington, D.C. I have been helping his widow, Maureen Orth, a close friend of 25 years, with the funeral arrangements and cannot be absent from these events.

I am the lead counsel and only partner familiar with this case. I am available on Thursday and Friday and the following week. I apologize for the inconvenience to the Court and the other parties caused by this unforeseen tragedy.

Sincerely yours,

/s/ Laura R. Handman

Laura R. Handman

cc:  Thomas R. Bumback (via facsimile)
     J.K. Idema
     John Edwards Tiffany, Esq.

Application GRANTED. The conference is adjourned to 6/26/08 at 2:00 pm in Courtroom 20-C.

SO ORDERED:  JUN 1 8 2008

/s/ Paul Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE