UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
**SPEC OPS EXPO;** *et al,*         )   Case # 08 CV 3819 (PAC)
         *Plaintiffs,*         )
  - against -                  )
                                    )   **NOTICE OF APPEARANCE**
**REED ELSEVIER, INC.;** *et al*    )
         *Defendants.*         )
_____ )

The undersigned hereby enters his appearance in the matter on behalf of Plaintiff Thomas Bumback.

Dated: June 26, 2008

                                                     Respectfully,

                                                     ____s/_____
                                                     John E. Tiffany, Attorney (JT-7322)
                                                   Law Offices of John E. Tiffany P.C.
                                                   The Robert Treat Center
                                                   50 Park Place, 10th Floor,
                                                   Newark, New Jersey 07102
                                                 Tel:  (973) 242-3700
                                                 Fax: (973) 242-3799
                                                 www.JohnTiffanyLaw.com
                                                 Email: Jet@Jet4Law.com