```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Spec Ops Expo, et al.,

                Plaintiffs,

    -against-

Reed Elsevier, Inc., et al.,

                Defendants.
------------------------------------------------------------X

08 Civ. 3819 (PAC) (THK)
**ORDER OF REFERENCE TO
A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| ___ | Habeas Corpus | ___ | Social Security |
| **X** | **Settlement:** (45 DAYS) | ___ | Dispositive Motion (i.e. motion requiring a Report and Recommendation) |

* Do not check if already referred for general pretrial

Dated: New York, New York
       June 26, 2008

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge

1