UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Spec Ops Expo, et al.,

                   Plaintiffs,

   -against-

Reed Elsevier, Inc., et al.,

                 Defendants.
------------------------------------------------------------X

08 Civ. 3819 (PAC) (THK)
**ORDER OF DISCOTINUANCE**

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: JUL 3 0 2008]

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party. The Clerk of Court is directed to close this case.

Dated: New York, New York
        July 30, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1